AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF • **DELAWARE**

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| WARREN GROOMS | Case Number: CR 05-09-~~UNA~~ JJF |

Wilmington, DE 19805
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 2/24/05 at 1:00 PM |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

** Please report to the U.S. Marshal's Service in Room# 100 by 12:30 PM

To answer a(n)    Indictment    x Information  Felony    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __641__

Brief description of offense:

THEFT OF GOVERNMENT PROPERTY

[signature]; Deputy Clerk
Signature of Issuing Officer

2/16/2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: *Attempt via cert mail*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  3-18-05
         Date

DW Thomas
Name of United States Marshal

ST Fahey
(by) Deputy United States Marshal

Remarks:

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR 18  PM 12:01

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |

7002 2410 0006 7675 9398

Warren Grooms

Wilmington, DE 19805

PS Form 3800, June 2002     See Reverse for Instructions

**U.S. Department of Justice**
United States Marshals Service
District of Delaware
1100 U.S. Courthouse

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

Postmark Here

0006 7675 9398

Warren Grooms
19805

7410 0006 7675 9398

Warren Grooms

FORWARDING TIME EXPIRED
DE 19805

UNITED STATES POSTAGE
02 1A
0004202281
MAILED FROM ZIPCODE
$ 04
FEB 18
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300












**U.S. Department of Justice**
United States Marshals Service
District of Delaware
1100 U.S. Courthouse
844 King Street
Wilmington, DE 19801

Official Business
Penalty for Private Use $300

7002 2410 0006 7675 9398

FORWARDING TIME EXPIRED

Warren Grooms

**U.S. Department of Justice**
United States Marshals Service
District of Delaware
1100 U.S. Courthouse
844 King Street
Wilmington, DE 19801

Official Business
Penalty for Private Use $300

Warren Grooms
Wilmington, DE 19805

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

WILMINGTON DE 16 FEB 2005
$00.37° MAILED FROM ZIP CODE 19801
FEB 16 2005

U.S. OFFICIAL MAIL $04.42° PITNEY BOWES FEB 16 2005 MAILED FROM ZIP CODE 19801