UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CR 05-09 JJF |
| Warren Grooms | ) |
| Defendant. | ) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *April 5, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 5, 2005*. The time between the date of this order and *May 5, 2005* shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney