IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-09 JJF |
| WARREN GROOMS, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Tuesday, September 13, 2005, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

June 13, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE