# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Crim. Action No. 05-09-JJF |
| WARREN GROOMS, | ) |
| | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney David L. Hall and enter the appearance of Assistant United States Attorney Edmund Falgowski as counsel of record for the government in the above-captioned case. Please be advised that David L. Hall no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Edmond Falgowski.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By:   /s/_____
      David L. Hall
      Assistant United States Attorney

Dated: June 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 05-09-JJF |
| WARREN GROOMS, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 15, 2005, I electronically filed:

**SUBSTITUTION OF COUNSEL**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Raymond M. Radulski, Esquire
1225 N. King Street, # 301
Wilmington, DE 19801
Attorney for Defendant


                                                                     /s/_____
                                                                     Jennifer Brown