AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

WARREN GROOMS

**WARRANT FOR ARREST**

Case Number:  CR 05-09

~~SEALED~~ CASE. UNSEALED 4/5/05. KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **WARREN GROOMS** _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

FAILURE TO APPEAR ON SUMMONS

in violation of _____ United States Code, Section(s) _____

Peter T. Dalleo
Name of Issuing Officer

By /s/ Kincaid
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

March 3, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Warren Grooms

| DATE RECEIVED 3-3-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-5-05 | William David  DUSM | William David |